1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                    **EASTERN DISTRICT OF CALIFORNIA**

6

7   RIGOBERTO POLONCO,                    )   Case No.: 1:12-cv-00984-SAB (PC)
                                          )
8              Plaintiff,                 )   ORDER DENYING PLAINTIFF'S MOTION FOR
                                          )   EXTENSION OF TIME TO FILE AN APPEAL
9         v.                              )
                                          )   (ECF No. 22)
10  M. D. BITER, et al.,                  )
                                          )
11             Defendants.                )
                                          )
12  _____      )

13         Plaintiff Rigoberto Polonco is appearing pro se and in forma pauperis in this civil rights action

14  pursuant to 42 U.S.C. § 1983.

15         On May 5, 2014, Plaintiff filed a motion for an extension of time to file an appeal.  In the

16  motion, Plaintiff makes reference to the fact that this action had been dismissed for which he sought

17  the ability to appeal.

18         On April 28, 2014, the Court vacated the order of dismissal issued April 4, 2014, and vacated

19  the judgment in light of Plaintiff's motion for an extension of time that was docketed after the

20  dismissal order.  Accordingly, this action is proceeding forward and there is no basis for an extension

21  of time to file an appeal, and Plaintiff's motion is DENIED on that basis.

22

23  IT IS SO ORDERED.

24      Dated:   **May 29, 2014**        _____

25                                       UNITED STATES MAGISTRATE JUDGE

26

27

28